ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone: (209) 544-0200
Fax:        (209) 544-1860

Attorney for Defendant
MIGUEL S. FELIX

FILED
SEP 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-317-AWI |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY THE TERMS OF RELEASE FOR THE DEFENDANT |
| vs. | |
| MIGUEL S. FELIX, | |
| Defendants. | |

Defendant MIGUEL S. FELIX, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN ANNE SERVATIUS, hereby stipulate and request that the court modify the terms of release for the defendant.

In lieu of the Honorable Judge Snyder's present order of a $190,000.00 equity bond, it is proposed that the court modify the conditions of release as follows:

1. $57,000.00 secured by the property of Calletana Felix,

1

1  |  2. $45,000.00 secured by the property of Francisco and
2  |  Josefina Felix, and
3  |  3. $35,000.00 secured by the property of Adela Olivera.
4  |  It is further stipulated that in addition to the
5  property bonds, a cash bond in the amount of $26,000.00 also
6  be added to the terms of release for a total of $163,000.00.

DATED: 9/15/09

_____
ROBERT L. FORKNER
Attorney for Defendant
MIGUEL S. FELIX

DATED: 9/17/09

_____
Assistant US Attorney
KATHLEEN ANNE SERVATIUS

DATED:

_____
MIGUEL S. FELIX
DEFENDANT

2

## ORDER

IT IS HEREBY ORDERED that the defendant be released on property bonds in the amount of $57,000.00 secured by the property of Calletana Felix, $45,000.00 secured by the property of Francisco and Josefina Felix, and $35,000.00 secured by the property of Adela Olivera. In addition to the equity bonds, a cash bond in the amount of $26,000.00 for a total of $163,000.00.

Dated: 9/18/2009

~~SANDRA M. SNYDER~~ Dennis L Beck
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

3

1  UNITED STATES v. MIGUEL S. FELIX
2  CASE NO.: 1:06CR317
3  **SERVICE LIST**
4  **UNITED STATES ATTORNEY'S OFFICE**
5  **2500 Tulare St., Ste. 4401**
6  **FRESNO, CA 93721**
7  **PH: 559-497-4000**
8  **FX: 559-497-4099**

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, STANISLAUS COUNTY

    I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a part to the within action; my business address is 722 Thirteenth Street, Modesto California 95354.

    On   September 16, 2009   I served the document(s) described as:
        (DATE)

**-STIPULATION AND PROPOSED ORDER TO MODIFY THE TERMS OF RELEASE FOR THE DEFENDANT.**

on the interested parties in this action by providing a copy thereof to:
    EASTERN DISTRICT OF CALIFORNIA, UNITED STATES ATTORNEY'S OFFICE

__   (BY MAIL) I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business, at Modesto, California.

_X_   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

__   (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

__   (BY FACSIMILE) I caused the above-referenced document(s) to be faxed to the offices of the addressee(s).

**Executed on September 16, 2009    at MODESTO, California.**

__   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                    ANABEL REICHMUTH

1