# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Miguel Felix | Case No. 09CR0317 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Miguel Felix_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following conditions: You shall surrender your passport to the Clerk of the U. S. District Court, ~~prior to your release from custody~~, and, You shall not obtain another passport during the pendency of this case.

All other previously ordered conditions of release not in conflict with the above to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Miguel Felix_    8-23-11        _/s/_         8-23-11
Signature of Defendant   Date     Pretrial Services Officer   Date
Miguel Felix                      Lydia Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                    6/24/11
Signature of Assistant United States Attorney    Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_                                    6/24/11
Signature of Defense Counsel             Date
Robert L. Forkner

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on      8/26/11
[ ] The above modification of conditions of release is *not* ordered.

_/s/_                                    8/26/11
Signature of Judicial Officer            Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services