ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant
MIGUEL S. FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-CR-00317-AWI |
| Plaintiff, | ) STIPULATION AND ORDER RE: |
| v. | ) CONDITIONS OF RELEASE AND ORDER ) PERMITTING TRAVEL |
| MIGUEL S. FELIX, | ) |
| Defendants. | ) |

    Defendant, MIGUEL S. FELIX, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

    1. That the defendant Miguel S. Felix shall be permitted to travel for medical and health purposes, and for his mother's surgery, from March 19th 2012 to April 2, 2012.

    2. It is understood that said travel is outside the Eastern

ORDER & STIPULATION - 1

District of California, and outside of the United States.  A copy of the travel itinerary has been provided to pretrial services.

    3. Defendant shall be permitted to use his passport for purposes of travel.  All parties agree that the defendant's passport shall be returned to him so that he may travel outside the United States.

    4. Pre-trial services Officer Lydia Serrano has been advised and has no objections.  All other conditions of release shall remain in full force and effect.  The Defendant shall report to pretrial services within 24 hours of his return to the Eastern District of California.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 8, 2012 | /s/ Robert L. Forkner |
| | ROBERT L. FORKNER |
| | Attorney for Defendant |
| | MIGUEL S. FELIX |
| Dated: March 8, 2012 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | by: /s/ Kathleen A. Servatius |
| | KATHLEEN A. SERVATIUS |
| | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated:   March 9, 2012

CHIEF UNITED STATES DISTRICT JUDGE

ORDER & STIPULATION - 2