ROBERT L. FORKNER (CSB#166097)
The Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Phone: 209-544-0200
Fax:   209-544-1860

Attorney for Defendant
MIGUEL SEPULVEDA FELIX

FILED
FEB 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-CR-0317-AWI |
| Plaintiff, | ORDER RE: EXONERATION OF CASH BOND |
| vs. | |
| MIGUEL SEPULVEDA FELIX, | |
| Defendant | |

**ORDER**

Accordingly, **IT IS HEREBY ORDERED** that the Cash Bond Receipt Number CAE100008300 in the amount of $26,000.00 in the above-captioned case be exonerated and reconveyed to the owner, JOSEFINA FELIX. It is further ordered that all correspondence regarding reconveyance of the posted cash bond be sent to Josefina Felix.

**IT IS SO ORDERED.**
Dated: 2-12-13

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF RECONVEYANCE - 2