ROBERT L. FORKNER (CSB#166097)
The Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Phone: 209-544-0200
Fax:   209-544-1860

Attorney for Defendant
MIGUEL SEPULVEDA FELIX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MIGUEL SEPULVEDA FELIX,<br><br>        Defendant | ) Case No.: 1:09-CR-0317-AWI<br>)<br>) ORDER RE: EXONERATION OF BOND<br>) AND RECONVEYANCE OF REAL<br>) PROPERTY<br>) Deed of Trust 2009-0087052-00<br>)<br>)<br>)<br>) |

On September 3, 2009 a Deed of Trust No. 2009-0087052-00 and Promissory Note were posted by Calletana Felix on behalf of Defendant, Miguel Sepulveda Felix. On January 23, 2013, defendant self-surrendered to the custody of the Federal Correctional Institution Sheridan, Oregon. At this time, Request is hereby made that the following property be reconveyed as follows:

CALLETANA FELIX single tenant.

Dated this February 5, 2013

                                    /s/ ROBERT L. FORKNER
                                    ROBERT L. FORKNER
                                    Attorney for Defendant

[PROPOSED] ORDER OF RECONVEYANCE - 1

ROBERT L. FORKNER (CSB#166097)
The Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Phone: 209-544-0200
Fax:   209-544-1860

Attorney for Defendant
MIGUEL SEPULVEDA FELIX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-CR-0317-AWI |
| Plaintiff, | ) ORDER RE: EXONERATION OF BOND |
| | ) AND RECONVEYANCE OF REAL |
| vs. | ) PROPERTY |
| | ) Deed of Trust 2009-0087052-00 |
| MIGUEL SEPULVEDA FELIX, | ) |
| Defendant | ) |

**ORDER**

Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property reconveyed to the owner, Calletana Felix. It is further ordered that all correspondence regarding reconveyance of the posted property be sent to Mrs. Calletana Felix at the address previously provided to the court.

IT IS SO ORDERED.

Dated:  February 12, 2013          _____
                                    SENIOR DISTRICT JUDGE

[PROPOSED] ORDER OF RECONVEYANCE - 2